**Electronically Filed
Supreme Court
SCWC-15-0000308
12-OCT-2016
10:30 AM**

SCWC-15-0000308

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MYRLEEN K. KALOI,
Petitioner/Plaintiff-Appellant,

vs.

COUNTY OF HAWAI'I,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000308; CIV. NO. 14-1-0293)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on August 30, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, October 12, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

